360 A.2d 632
Commonwealth v. Leedom, Appellant.

Argued June 22, 1976. David E. Auerbach, Assistant Public Defender, with him Kenneth P. Barrow, Public Defender, for appellant; John G. Siegle, Assistant District Attorney, and Frank T. Hazel, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 631
Commonwealth v. Lees, Appellant.

Argued June 22, 1976. Alfonso Tumini, with him Anthony D. Pirillo, Jr., for appellant; Edward G. Rendell, Assistant Attorney General, with him Bernard L. Siegel, Deputy Attorney General, for Commonwealth, appellee.

Judgment of sentence affirmed.